UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:09CV-P919-S

**JOHN YUEN**                                            **PETITIONER**

v.

**JUDGE ERICA LEE**                                  **RESPONDENT**

## ORDER OF DISMISSAL

For the reasons set forth in the Memorandum Opinion entered this date, **IT IS HEREBY ORDERED** that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED** and the instant action is **DISMISSED**.

The Court is satisfied that no jurists of reason would find its decision to be debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473, 483 (2000). Accordingly, a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is **DENIED**.

The Court **certifies** that an appeal of this case is not taken in good faith. Further requests to appeal *in forma pauperis* should be made to Sixth Circuit Court of Appeals in accordance with Fed. R. App. P. 24.

There being no just reason for delay in its entry, this is a **final Order**.

Date: January 17, 2010

                                                   **Charles R. Simpson III, Judge**
                                                   **United States District Court**

cc:      Petitioner, *pro se*
4411.008